■ NELSON DE LA CRUZ, Respondent, v CITY OF NEW YORK et al., Appellants.—Judgment, Supreme Court, Bronx County (David Levy, J.), rendered May 25, 1989, which upon a jury verdict in favor of plaintiff and plaintiff's stipulation in lieu of a new trial, reduced the jury award for pain and suffering and for lost wages from $2.5 million to $1 million plus interest and costs, unanimously affirmed, without costs.

As a result of two unprovoked beatings by on-duty police officers, plaintiff sustained a broken rib, abrasions and a herniated disc necessitating surgery and several hospitalizations. Several years after the incident, plaintiff continued to suffer discomfort and back pain. Plaintiff, the proprietor of a small grocery store, was unable to maintain the business due to his incapacity and filed for bankruptcy protection. Under these circumstances, the assessment of damages awarded to plaintiff is not excessive and should not be disturbed. *(See, e.g., Graham v Murphy,* 135 AD2d 326, 330 [3d Dept 1988].) Concur —Kupferman, J. P., Ellerin, Wallach and Smith, JJ.

■ In the Matter of RANDY K.—Motion, wherein it seeks reargument, granted only to extent of (1) substituting the figure "46" for "51" (days) appearing in line 5 of second full paragraph on page 2 of the memorandum decision accompanying this court's order entered on April 12, 1990 (160 AD2d 338, 339), and (2) deleting the last full paragraph of the memorandum decision *(supra,* at 340). Motion denied in all other respects. Concur—Murphy, P. J., Kupferman, Asch, Wallach and Rubin, JJ.

■ In the Matter of BRENDA LYNN COHEN, for Admission to the Bar.—Movant is permitted to renew her application for admission to the Bar. Concur—Murphy, P. J., Ross, Asch and Wallach, JJ.